IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE D. BARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV256 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| HUNT OIL COMPANY and ONE | ) | **AND ORDER** |
| JOHN DOE OIL COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Defendant Hunt Oil Company's Motion to Dismiss (filing no. 12). Pursuant to Federal Rule of Civil Procedure 12(d), this court shall treat Defendant Hunt Oil Company's Motion to Dismiss as a Motion for Summary Judgment. Federal Rule of Civil Procedure 12(d) states that "[i]f, on a motion under Rule 12(b)(6) . . . matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56." In such instances, "[a]ll parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d). Accordingly, Plaintiff shall have until May 30, 2008 to respond to Defendant's Motion to Dismiss by presenting all material pertinent to the motion as allowed under Federal Rule of Civil Procedure 56.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until May 30, 2008 to respond to Defendant's Motion to Dismiss (filing no. 12) by presenting all material pertinent to the motion as allowed under Federal Rule of Civil Procedure 56.

2. The Clerk of Court is directed to set a pro se case management deadline using the following language: May 30, 2008 Plaintiff's response to Defendant's

Motion to Dismiss due.

    May 1, 2008.                    BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge